IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LERONE A. MARTIN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Case No. 18-1885 ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

1. Plaintiff Professor Lerone Martin filed a FOIA request seeking records relating to the FBI's and Director J. Edgar Hoover's relationship and dealings with late evangelical minister William ("Billy") Franklin Graham Jr. This complaint alleges that a component of the United States Department of Justice ("DOJ"), the Federal Bureau of Investigation (FBI), violated the Freedom of Information Act ("FOIA"). The FBI failed to make a determination about those agency records within the 20-day statutory deadline mandated by Congress.

## PARTIES

2. Plaintiff Lerone A. Martin is an Associate Professor in Religion and Politics at the John C. Danforth Center on Religion and Politics at Washington University in St. Louis. He is the author of *Preaching on Wax: The Phonograph and the Making of Modern African American Religion* (New York University Press, 2014). Currently, Professor Martin is researching and writing *J. Edgar Hoover's Stained Glass Window: The F.B.I. &*

1

*Christian America*, a book on the relationship between church, state, and national security in American history. He is a U.S. citizen and a Missouri resident.

3.      Defendant DOJ is an executive "agency" of the U.S. government as defined by FOIA. DOJ and its component FBI are located within Washington, D.C.

## JURISDICTION

4.      Congress has granted this Court federal subject-matter jurisdiction under the FOIA. 5 U.S.C. § 552(a)(4)(B).

5.      Congress consented to individual FOIA requesters suing agencies of the federal government to enjoin noncompliance with FOIA requests. 5 U.S.C. § 552(a)(4)(B).

## VENUE

6.      Congress provided for universal venue in the U.S. District Court for the District of Columbia. 5 U.S.C. § 552(a)(4)(B).

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7.      Congress waives the requirement of exhaustion of administrative remedies when the agency fails to make a determination within twenty (20) days of receiving a FOIA request, excluding weekends and legal public holidays. 5 U.S.C. § 552(a)(6)(C).

8.      On February 21, 2018, Professor Martin filed his FOIA request 1396809-000 following the announcement of Reverend Billy Graham's death.

9.      On February 26, 2018, the FBI denied Professor Martin's request for expedited processing.

10.     On April 9, 2018, the FBI provided Professor Martin with a standard notification that any responsive records would be made available via the FBI's FOIA library and that

three categories of law enforcement and national security records are excluded from the coverage of FOIA.

11.     As of the date of this complaint's filing, the FBI still has not notified Professor Martin of any determination—to release, to release in part, or to withhold entirely—concerning the agency records requested in 1396809-000.

12.     Under FOIA, the statutory deadline set by Congress for the FBI to respond has long since passed.

13.     As of the date of this complaint's filing, the FBI has notified Professor Martin of neither "unusual circumstances" nor "exceptional circumstances" excusing or justifying the FBI's delay in making its determination.

14.     Under the FOIA, the administrative remedies for the FBI's untimely determination have now been exhausted.

## TIMELY COMMENCEMENT OF CIVIL ACTION

15.     Professor Martin timely pursues his claim in this civil action within the six-year statute of limitations. 28 U.S.C. § 2401(a).

## STATEMENT OF FACTS

16.     This litigation results from the FBI's failure to make a timely determination about the release of agency records concerning the late Reverend Billy Graham and the FBI's and Director J. Edgar Hoover's relationship with him.

17.     On February 21, 2018, Professor Martin filed his FOIA request 1396809-000 following the announcement of Reverend Billy Graham's death.

18. As of the date of this complaint's filing, the FBI still has not notified Professor Martin of any determination—to release, to withhold entirely, or to release in part—concerning the agency records requested in 1396809-000.

19. Under FOIA, the 20-day statutory deadline set by Congress for the FBI to respond has long since passed.

20. As of the date of this complaint's filing, the FBI has notified Professor Martin of neither "unusual circumstances" nor "exceptional circumstances" excusing or justifying the FBI's delay in making its determination.

## CLAIM ONE

21. Allegations #1-20 are repeated here, as if repeated verbatim.

22. Under FOIA, the FBI had twenty (20) business days in which to make a release determination concerning agency records about the late Billy Graham. 5 U.S.C. § 552(a)(6)(C).

23. The DOJ is an "agency" within the meaning of FOIA.

24. The records Professor Martin requested are "agency records" within the meaning of FOIA.

25. The records are within the custody or possession of the DOJ or, its component entity, the FBI.

26. The FBI has exceeded the congressionally set deadline for its release determination and is now improperly withholding these agency records.

## REQUEST FOR RELIEF

Lerone Martin respectfully requests the following relief from the Court against the DOJ and its component bureau, the FBI:

a. A judgment determining or declaring that Defendant's failure to abide by FOIA's provisions and to provide him with the requested agency records was unlawful;

b. An order requiring prompt production of the requested records with the waiver of any fees associated with Plaintiff's FOIA requests;

c. Attorney fees and litigation costs reasonably incurred in this case as provided by the FOIA fee-award provision, 5 U.S.C. § 552(a)(4)(E); and

d. Any and all other and further relief that this Court may deem appropriate.

Dated: August 12, 2018                Respectfully submitted,

/s/ Tuan N. Samahon
Tuan N. Samahon
D.C. Bar No. 475121

McNelly & Goldstein, LLC
11 Church Rd.
Hatfield, PA 19440-1206
Ph: (610) 727-4191
Fax: (215) 565-2610
tsamahon@mcnellygoldstein.com
*Counsel for Plaintiff Professor Martin*